# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2019

160201

JOSEPH WHITE,
        Plaintiff-Appellant,

v

DETROIT EAST COMMUNITY MENTAL
HEALTH, MARILYN SNOWDEN, SHIRLEY
CALHOUN, DORIS STERRETT, and
GATEWAY COMMUNITY HEALTH
PROVIDER,
        Defendants-Appellees.

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160201
COA: 348605
Wayne CC: 11-011126-CZ

_____/

      On order of the Court, the application for leave to appeal the August 5, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2019



Clerk

p1118